UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDELL CRUTCHFIELD,<br><br>             Petitioner,<br><br>vs.<br><br>J.F. SALAZAR,<br><br>             Respondent. | Case No. CV 09-6183-DOC(RC)<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATED: February 3, 2010

                             /s/ David O. Carter
                        DAVID O. CARTER
               UNITED STATES DISTRICT JUDGE

R&R\09-6183.jud
1/4/10